UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN JERONIMO-PABLO,

    Petitioner,

v.

A. NEIL CLARK,

    Respondent.

CASE NO. C07-2045-MJP

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED;

(3)    Respondent's Motion to Dismiss, Dkt. 11, is GRANTED; and

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED: May 20, 2008.

*[signature]*
Marsha J. Pechman
U.S. District Judge

ORDER
PAGE – 1